In the Matter of the Accounting of UNION TRUST COMPANY OF JAMESTOWN, as Administrator with the Will Annexed of the Estate of MARTIN MERZ, Deceased, Appellant.

MAE M. BARRETT et al., Respondents.

(Argued April 13, 1936; decided April 15, 1936.)

*J. Russell Rogerson* for motion.

*Thomas R. Wheeler* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.